# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcelino Carrillo,<br><br>        Plaintiff,<br><br>     v.<br><br>Nationstar Mortgage LLC et al.,<br><br>        Defendants. | Case No.:   5:25-cv-00745-JLS-SP<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment (Doc. 57),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are DISMISSED WITH PREJUDICE and Judgment is entered in favor of Defendants.

Date:  May 18, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE